**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 AUG 19 PM 4:25

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 8:25-CR-191 |
| v. | INDICTMENT |
| JOHNNY WALTER HAWKINS JR., | T. 18 U.S.C. § 2251(a) |
| | T. 18 U.S.C. § 2251(e) |
| Defendant. | T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**(Attempted Sexual Exploitation of a Child)**

On or about May 30, 2024 and continuing to on or about February 11, 2025, in the District of Nebraska, the defendant, JOHNNY WALTER HAWKINS JR., attempted to use a minor, Minor Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

1

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(Attempted Sexual Exploitation of a Child)**

On or about May 30, 2024 and continuing to on or about February 8, 2025, in the District of Nebraska, the defendant, JOHNNY WALTER HAWKINS JR., attempted to use a minor, Minor Victim #2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FINDS:**

<u>**NOTICE OF FORFEITURE**</u>

Upon conviction for the offenses alleged in Counts 1 and/or 2 of this Indictment, the defendant, JOHNNY WALTER HAWKINS JR., shall forfeit to the United States the defendant's interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to an Apple iPhone 15 Pro Max, IMEI: 355430970680377.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney